IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONALD HINTON,**

**Petitioner/Defendant,**

**v.**  **Civil No. 96-cv-860-DRH**

**UNITED STATES OF AMERICA,**  **Criminal No. 93-cr-30136-DRH**

**Respondent/Plaintiff.**

## ORDER

**HERNDON, District Judge:**

Before the Court is Petitioner's notice of appeal from the May 2, 2007 Order (Doc. 31) of this Court denying Petitioner's motion to reconsider an order issued October 22, 1997 (Doc. 13) denying Petitioner's motion to vacate, correct, or set aside his conviction pursuant to **28 U.S.C. § 2255** (Doc. 1). Pursuant to **28 U.S.C. § 2253** the Petitioner may not proceed on appeal without a certificate of appealability. **Section 2253(c)(2)** provides that a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." Further, **§ 2253(c)(3)** provides that the "certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2)."

The Petitioner has not specified any grounds for this Court to issue a certificate of appealability, nor sought the issuance of the certificate. Accordingly, the Court **GRANTS** Petitioner leave to file an appropriately specific and supported motion for issuance of a certificate of appealability within fourteen (14) days of the date of this Order. Failure to do so will result in an Order of this Court summarily declining to issue a certificate of appealability.

**IT IS SO ORDERED.**

Signed this 29th day of May, 2007.

/s/      David   RHerndon
**United States District Judge**