IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONALD HINTON,**

**Petitioner/Defendant,**

**v.**                                                              **Civil No. 96-cv-860-DRH**

**UNITED STATES OF AMERICA,**                **Criminal No. 93-cr-30136-DRH**

**Respondent/Plaintiff.**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on a remand order from the Seventh Circuit (Appeal No. 07-2119). Pursuant to that decision, the Court **DENIES** Petitioner Donald Hinton's motion for reconsideration of Judge William L. Beatty's order issued October 22, 1997 denying Petitioner's motion to vacate, correct, or set aside his conviction pursuant to **28 U.S.C. § 2255**. (Doc. 29.) Because Petitioner's motion again attacks the underlying merits of his conviction, the motion is considered a second or successive petition and since Petitioner has not received leave from the Court of Appeals to file a second or successive petition on any matters previously raised, this Court is without jurisdiction to consider Petitioner's motion. Under **28 U.S.C. § 2255**, "a second or successive motion must be certified as provided in section 2244 by a panel of the . . .court of appeals. . . ." Therefore,

Petitioner's motion is **DISMISSED** for lack of jurisdiction. (Doc. 29.)

      **IT IS SO ORDERED.**

Signed this 9th day of October, 2007.

                                        /s/       DavidRHerndon
                                        **Chief Judge**
                                        **United States District Court**